US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
NOV 24 2014
CHRIS R. JOHNSON, Clerk
By
           Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.

HUY TRAN
Case No: 2:13CR20037-007

MOTION PURSUANT TO 18 U.S.C § 3582 FOR A MODIFICATION OF SENTENCE UNDER AMENDMENT 782 TWO BASE OFFENSE LEVEL REDUCTION.

COMES NOW Huy Tran - Petitioner - Represented. And acting as his own Legal Counsel. Hereby approaches this Honorable Court in good faith and with proper intention asking for a reduction of sentence A federal prisoner can file a Motion with the District Court, Pursuant to 18 U.S.C § 3582 in other words where there has been a "substantive" Amendment to the United States Sentencing Guideline made retroactive by U.S.S.G § 1B1.10 (c)(a). A Federal prisoner can file a Motion under the retroactive Amendment to U.S.S.G Manual § 1B1.10 (e)(1).

1.

and Cmt. 6. (2014) Amendment 782. Eligible Offenders may ask Courts to reduce their sentences by Two base Offense Level for all Types Of drugs Listed in Sentencing Guideline § 2D1.1 and § 2D1.11.

## I. STATEMENT OF THE CASE.

The Defendant Huy Tran pleaded guilty to count Six Of the 32-Count Indictment on September, 17, 2013
Offense:
21 U.S.C § 841 (a), Distribution Of Methamphetamine Count, 6.
Count(s) 1, 7, 8, 9 and the Forfeiture Allegation were dismissed on the motion Of the United States.
The Defendant was sentenced On May, 28. 2014, By The Honorable P. K. Holmes, III Chief United States District Court Judge.
The Defendant Huy Tran was sentenced to be imprisoned for a total term Of: Sixty-three (63) months, and the Court made the following recommendations to the Bureau Of Prisons: That the defendant was placed in a BOP facility where he can receive drug treatment.

2.

## II. SUMMARY OF THE ARGUMENTS. ARGUMENT AND AUTHORITIES.

Defendant: Huy Tran, Case No 2:13CR20037-007 Submits that a downward variant is warranted in the spirit of the recent Two point Amendment made retroactive on November 1, 2014. A Federal prisoner can file a Motion pursuant to 18 U.S.C § 3582 asking for a sentence reduction. See 18 U.S.C Appendix C, Amendment 706, for reduction for crack cocaine sentences. See. U.S.S.G Appendix Amendment 484. Which allows a Motion pursuant to 18 U.S.C § 3582 (c)(2) for certain drug Trafficking crimes. See. United States V. Towe 26 F.3d. 614 (5th Cir. 1994) see, also, U.S.S.G Appendix C, Amendment 599. Which allows a Motion pursuant to 18 U.S.C § 3582 (c)(2) for certain gun charges. See. United States V. Hicks 472 F.3d 1167, 2007 U.S App. Lexis 540 (9th Cir. 2007) and the recent Two points Amendment made retroactive on November 1, 2014. Amendment 782.

3.

## III. CONCLUSION.

WHEREFORE. The Defendant Mr. Huy, Tran. Respectfully prays that this Court Grant his Motion Pursuant to 18 U.S.C § 3582, Under Amendment 782. for all Types of drugs Listed in Sentencing Guideline § 2D1.1 and § 2D1.11 and for all Just and appropriate relief.

### CERTIFICATE OF FILING

Pursuant to the principles of Houston V. Lack 487 U.S 266, 276 (1988) The attached Motion was filed with the Court on this date by depositing into the prison mail collection box in sealed envelope first class, Postage affixed and addressed to clerk U.S. District Court. 30 South 6th Street # 10308 fort Smith AR. 72901. FOR THE WESTERN DISTRICT OF ARKANSAS.

Respectfully Submitted This 20th of November, 2014

S/ HUY TRAN
Reg No 11475-010
Adams Correctional
P. O Box 1600
Washington, MS 39190.

4.

Huy, Tran
Reg # 11475-010
Adams Correctional Center
P.O Box 1600
Washington, MS 39190

JACKSON MS 390
20 NOV 2014 PM 2 L

Office Of The Clerk
United States District Court
for the Western District Of Arkansas
30 South 6th Street # 1030
Fort Smith, AR 72901

7290124 1065